IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Smith, Almidia O | Case Number: 05 B 43078 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 03/10/09 | Filed: 10/3/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: January 28, 2009
Confirmed: November 21, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 14,800.00 | |
| Secured: | | 11,120.01 |
| Unsecured: | | 114.01 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 815.26 |
| Other Funds: | | 50.72 |
| Totals: | 14,800.00 | 14,800.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | David M Siegel | Administrative | 2,700.00 | 2,700.00 |
| 2. | American General Finance | Secured | 11,120.01 | 11,120.01 |
| 3. | T Mobile USA | Unsecured | 22.03 | 22.03 |
| 4. | RoundUp Funding LLC | Unsecured | 32.98 | 32.98 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 59.00 | 59.00 |
| 6. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 7. | Aaron Rents | Unsecured | | No Claim Filed |
| 8. | Endodontics Limited | Unsecured | | No Claim Filed |
| 9. | Sprint Nextel | Unsecured | | No Claim Filed |
| 10. | Pay Day Loans | Unsecured | | No Claim Filed |
| 11. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 12. | Osco Drugs | Unsecured | | No Claim Filed |
| 13. | Universal Underwriters | Unsecured | | No Claim Filed |
| 14. | American Educational Services | Unsecured | | No Claim Filed |
| 15. | Rent A Center | Unsecured | | No Claim Filed |
| | | | $ 13,934.02 | $ 13,934.02 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 132.00 |
| 5% | 69.99 |
| 4.8% | 124.81 |
| 5.4% | 270.00 |
| 6.5% | 169.00 |
| 6.6% | 49.46 |
| | $ 815.26 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Smith, Almidia O | Case Number: 05 B 43078 |
| | Judge: Hollis, Pamela S |
| Printed: 03/10/09 | Filed: 10/3/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                          Marilyn O. Marshall, Trustee, by:

*[signature]*